[No. 1009-2. Division Two. April 18, 1974.]

THE STATE OF WASHINGTON, *Respondent,* v. DARRYL ROBERT ALLEN, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 7632, John N. Skimas, J., entered January 26, 1973. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Pearson, C.J., and Petrie, J.

[No. 1728-1. Division One. April 22, 1974.]

FRANCIS STEWART, *Respondent,* v. CUSTIS CONSTRUCTION CO., INC., *et al., Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 733455, Nancy A. Holman, J., entered May 16, 1972. *Affirmed* by unpublished per curiam opinion.

[No. 1919-1. Division One. April 22, 1974.]

BUCKNER-WEATHERBY COMPANY, INCORPORATED, *Respondent,* v. MONROE MACHINED PRODUCTS, INCORPORATED, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 728405, James A. Noe, J., entered August 21, 1972. *Affirmed* by unpublished opinion per Williams, J., concurred in by Horowitz and Callow, JJ.

[No. 2286-1. Division One. April 22, 1974.]

JOHN MIDDENDORF *et al., Respondents,* v. RICHARD KELLER *et al., Appellants.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 107700, Thomas G. McCrea, J., entered April 27, 1973. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson, C.J., and Farris, J.